AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___SOUTHERN___   DISTRICT OF   ___NEW YORK___

Joseph Ferrante, et al

v.

411 Rest Corp. et al

**APPEARANCE**

Case Number: 07CV11169

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY FAUL, ROBERT INGWER, ERIN VADALA and AUBURN SCALLON, individually and on behalf of all others similarly situated,

I certify that I am admitted to practice in this court.

December 11, 2007
Date

Signature

Erik H. Langeland                EL-7512
Print Name                       Bar Number

500 Fifth Avenue, Suite 1610
Address

New York, NY 10110
City           State           Zip Code

(212) 354-6270              (212) 898-9086
Phone Number                Fax Number