AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number: 07 CV 11169-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants 411 Restaurant Corp., d/b/a Tonic East and Tonic Time Square,
Mario Arcari,
Peter Arcari, and
Kenneth Caufield.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/27/2007 | /s/ Richard S. Meyer |
| Date | Signature |
| | Richard S. Meyer — 3960200 |
| | Print Name — Bar Number |
| | 405 Lexington Avenue, The Chrysler Building |
| | Address |
| | New York — NY — 10174-0208 |
| | City — State — Zip Code |
| | (212) 885-5225 — (917) 332-3758 |
| | Phone Number — Fax Number |