IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Ferrante, Kathleen Donnatin, Bobby Faul, Robert Ingwer, Erin Vadala and Auburn Scallon, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>411 Rest Corp., a New York Corporation d/b/a Tonic East and Tonic Time Square, and Mario Arcari, Peter Arcari and Kenneth Caufield, individually,<br><br>      Defendants. | Case No.  07 CV 11169-SAS<br><br>Judge Shira A. Scheindlin<br>Magistrate Judge Ronald L. Ellis<br><br><br><br><br><br><br><br><br>ELECTRONICALLY FILED |

**DISCLOSURE STATEMENT OF DEFENDANT 411 REST CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 411 Rest Corp., by and through its undersigned counsel, hereby provides the following Disclosure Statement: There is no parent corporation or publicly held corporation that owns 10% or more of its stock

                Respectfully submitted,

BY:   /s/ Richard S. Meyer_____
          Richard S. Meyer
          New York Bar No. 3960200
          Blank Rome LLP
          405 Lexington Avenue
          New York, NY  10174-0208
          (212) 885-5225
          (917) 332-3758 (facsimile)
          meyer@blankrome.com

          Attorney for Defendants

Dated:  December 31, 2007

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date, the foregoing Disclosure Statement of Defendant 411 Rest Corp. was filed through the Electronic Case Filing ("ECF") System of the United States District Court for the Southern District of New York and is available for viewing and downloading from the ECF system. To the extent that counsel for Plaintiffs is not a registered user of the ECF system, I caused a true copy of the foregoing to be mailed by first-class mail, postage pre-paid, to Plaintiffs' counsel as noted below:

    Erik H. Langeland, P.C.
    500 Fifth Avenue, Suite 1610
    New York, NY  10110


        /s/ Richard S. Meyer
        RICHARD S. MEYER


Dated:  December 31, 2007