IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

Joseph Ferrante, Kathleen Donnatin,
Bobby Faul, Robert Ingwer,
Erin Vadala and Auburn Scallon,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

411 Rest Corp., a New York Corporation
d/b/a Tonic East and Tonic Time Square,
and Mario Arcari, Peter Arcari and
Kenneth Caufield, individually,

    Defendants.

Case No. 07 CV 11169 - SAS

Judge Shira A. Scheindlin
Magistrate Judge Ronald L. Ellis

## ORDER

AND NOW, this 31 day of Dec, 2007, upon consideration of the Stipulation Regarding Extension of Time to Answer or Otherwise Respond to Complaint executed by counsel for Plaintiffs and Defendants, it is hereby ORDERED AND DECREED that Defendants shall have until January 21, 2008 to answer or otherwise respond to Plaintiffs' Complaint.

BY THE COURT:

Judge Shira A. Scheindlin

128848.00202/21653763v.1