AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Joseph Ferrante, Kathleen Donnatin,
Bobby Faul, Robert Ingwer
Erin Vadala and Auburn Scallon,
individually and on behalf of all others
similarly situated,
                Plaintiffs
               v.
411 Rest Corp., a New York Corporation d/b/a
Tonic East and Tonic Time Square and Mario
Arcari, Peter Arcari and Kenneth Caufield,
individually
                Defendants

**APPEARANCE**

Case Number:  07 CV 11169-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, 411 Rest Corp., a New York Corporation d/b/a Tonic East and Tonic Time Square and Mario Arcari, Peter Arcari and Kenneth Caufield, individually (admitted on 1/7/2008 pro hac vice on behalf of all defendants)

I certify that I am admitted to practice in this court.

| 1/10/2008 | *(signature)* |
|---|---|
| Date | Signature |
| | Julie E. Reid |
| | Print Name       Bar Number |
| | Blank Rome LLP, 130 North 18th Street |
| | Address |
| | Philadelphia    PA    19103 |
| | City    State    Zip Code |
| | (215) 569-5584      (215) 832-5584 |
| | Phone Number      Fax Number |