

*Phone:*   *(215) 569-5665*
*Fax:*     *(215) 832-5665*
*Email:*   *Meyer@blankrome.com*

January 8, 2008

Erik H. Langeland, Esq.
Law Offices of Erik H. Langeland, P.C.
500 Firth Avenue, Suite 1610
New York, NY 10110

        Re:    *Ferrante et al. v. 411 Rest Corp., Mario Arcari, Peter Arcari, and Kenneth Caufield*

Dear Erik:

    The Return of Service forms are really for a process server, not the person served, but in any event, in lieu thereof, on behalf of all named defendants, this will acknowledge receipt of service of the summons and complaint.

                                        Sincerely,

                                        Richard S. Mayer