IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSEPH FERRANTE, KATHLEEN DONNATIN, )
BOBBY FAUL, ROBERT INGWER, )
ERIN VADALA and AUBURN SCALLON, )
individually and on behalf of all others similarly )
situated, )
)
)
    Plaintiffs, )
)
)
    vs. )   Case No: 07 cv 11169 – SAS
)   Judge Shira A. Scheindlin
)   Magistrate Judge
411 REST CORP., a New York Corporation )   Ronald L. Ellis
d/b/a TONIC EAST and TONIC TIME )
SQUARE, and MARIO ARCARI, PETER )   ECF CASE
ARCARI and KENNETH CAUFIELD, )
individually )
)
    Defendants. )
)

[proposed]

**O R D E R**

And now, this _____ day of _____, 20__, it is hereby ORDERED that Plaintiff shall file and serve the Amended Complaint within 10 days of the entry of this Order.

                                      BY THE COURT:

                                      _____
                                      Judge Shira A. Scheindlin, U.S.D.J.