IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY FAUL, ROBERT INGWER, ERIN VADALA and AUBURN SCALLON, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>411 REST CORP., A New York Corporation d/b/a TONIC EAST and TONIC TIME SQUARE, and MARIO ARCARI, PETER ARCARI and KENNETH CAUFIELD, Individually,<br><br>Defendants. | Case No. 07 CV 11169 (SAS)<br><br>Judge Shira A. Scheindlin<br>Magistrate Judge Ronald L. Ellis<br><br>ECF CASE |

**ORDER**

AND NOW, this 22nd day of January, 2008, upon consideration of Ryan F. Stephan and James B. Zouras, Esquires' request for *pro hac vice* admission on behalf of the Plaintiffs in the above-captioned case, IT IS HEREBY ORDERED that Ryan F. Stephan and James B. Zouras, Esquires are admitted to practice as *pro hac vice* counsel for Plaintiffs in this matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline pf attorneys. Counsel must immediately apply for an ECF password and forward the *pro hac vice* fee to the Clerk of Court.

BY THE COURT:

_____
Judge Shira A. Scheindlin

1/25/08