IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH FERRANTE, KATHLEEN DONNATIN, )<br>BOBBY FAUL, ROBERT INGWER, )<br>ERIN VADALA and AUBURN SCALLON, )<br>individually and on behalf of all others similarly )<br>situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>411 REST CORP., a New York Corporation )<br>d/b/a TONIC EAST and TONIC TIME )<br>SQUARE, and MARIO ARCARI, PETER )<br>ARCARI and KENNETH CAUFIELD, )<br>individually )<br>)<br>Defendants. )<br>) | JUDGE SCHEINDLIN<br><br>Case No: 07 cv 11169 – SAS<br>Judge Shira A. Scheindlin<br>Magistrate Judge<br>Ronald L. Ellis<br><br>ECF CASE<br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/13/08 |

[proposed]

**O R D E R**

And now, this _13_ day of _Feb_, 20_08_, it is hereby ORDERED that Plaintiff shall file and serve the Amended Complaint within 10 days of the entry of this Order.

BY THE COURT:

_____
Judge Shira A. Scheindlin, U.S.D.J.