*Settlement*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY
FAUL, ROBERT INGWER, ERIN VADALA, and AUBURN
SCALLON, individually and on behalf of themselves and all
others similarly situated,

                    Plaintiffs,

          v.

411 REST CORP., a New York Corporation, d/b/a TONIC
EAST and TONIC TIME SQUARE, and MARIO ARCARI,
PETER ARCARI, and KENNETH CAUFIELD, individually,

                    Defendants.

-------------------------------------------------X

07-CV-11169 (SAS)

**ORDER GRANTING
DEFENDANTS'
REQUEST FOR
SUBSTITUTION OF
COUNSEL UNDER
LOCAL CIVIL RULE 1.4**

     AND NOW, to wit, this _11_ day of April 2008, it is hereby ORDERED that the request

of Defendants 411 Rest Corp., Mario Arcari, Peter Arcari, and Kenneth Caufield that the Court

substitute the law firm of Altman Schochet for Blank Rome LLP as their counsel in this civil

action pursuant to Local Civil Rule 1.4 is GRANTED.

                             _____
                             SHIRA A. SCHEINDLIN, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Richard S. Meyer, Esq., one of the attorneys for Defendants, hereby certify that

on April 10, 2008, the annexed  DEFENDANTS' REQUEST FOR SUBSTITUTION OF

COUNSEL UNDER LOCAL CIVIL RULE 1.4 was served by electronic filing with the Court

upon the following Plaintiffs' counsel:

> Erik H, Langeland, Esq.
> 500 Fifth Avenue, Suite 1610
> New York, NY 10010
>
> James B. Zouras, Esq.
> Stephan Zouras LLP
> 205 North Michigan Avenue
> Suite 2560
> Chicago, IL 60601

Dated: April 10, 2008
    New York, New York

                                       /S/ Richard S. Meyer

                                    Richard S. Meyer, Esq.

BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174
(212) 885-5225
Attorneys for Defendants
Richard S. Meyer (RS-3960200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY
FAUL, ROBERT INGWER, ERIN VADALA, and AUBURN
SCALLON, individually and on behalf of themselves and all
others similarly situated,

                                    Plaintiffs,

                    v.

411 REST. CORP., a New York Corporation, d/b/a TONIC
EAST and TONIC TIME SQUARE, and MARIO ARCARI,
PETER ARCARI, and KENNETH CAUFIELD, individually,

                                    Defendants.
-----------------------------------------------------------------X

07-CV-11169 (SAS)

**DEFENDANTS'
REQUEST FOR
SUBSTITUTION OF
COUNSEL UNDR
LOCAL CIVIL RULE 1.4**

ECF FILED

　　　　　Pursuant to Local Civil Rule 1.4, Defendants 411 Rest Corp., Mario Arcari, Peter Arcari, and Kenneth Caufield each request that the Court substitute Altman Schochet, LLP for Blank Rome LLP as their respective counsel in this civil action.

　　　　　The Declarations of Mario Arcari, on behalf of himself and 411 Rest Corp., Peter Arcari, and Kenneth Caufield, supporting Defendants' request, are attached as Exhibit "A."

Dated: April 9, 2008

BLANK ROME LLP

By: /S/ _____
　　Richard Steven Meyer (RM-3960200)
405 Lexington Avenue
New York, New York 10174
(212) 885-5225

Attorneys for Defendants

ALTMAN SCHOCHET, LLP

By: /S/ _____
　　S. Zalman Schochet (SS-0822)
　　Aaron Altman (AA-6453)
225 Broadway, 39th Floor
New York, New York 10007
(212) 344-8000

Proposed Attorneys for Defendants

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY
FAUL, ROBERT INGWER, ERIN VADALA, and AUBURN
SCALLON, individually and on behalf of themselves and all          07 Civ. 11169 (SAS)
others similarly situated,

               Plaintiffs,                              **DECLARATION OF**
                                                                  **MARIO ARCARI**

      v.                                                          ECF FILED

411 REST CORP., a New York Corporation, d/b/a TONIC
EAST and TONIC TIME SQUARE, and MARIO ARCARI,
PETER ARCARI, and KENNETH CAUFIELD, individually,

               Defendants.
---------------------------------------------------------------X

      MARIO ARCARI declares under penalty of perjury under the laws of the United States

as follows:

      1.     I am a defendant in the above-captioned civil action. I am also the Chief

Executive Officer of Co-Defendant 411 Rest Corp.

      2.     I am duly authorized to request that the Court substitute the law firm of Altman

Schochet, LLP for Blank Rome LLP as counsel for Defendant 411 Rest Corp.

      3.     I further request that the Court substitute Altman Schochet, LLP for Blank Rome

LLP as my personal counsel.

      4.     I declare that the foregoing is true and correct. Executed on April 4, 2008.

                                     MARIO ARCARI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————X

JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY
FAUL, ROBERT INGWER, ERIN VADALA, and AUBURN
SCALLON, individually and on behalf of themselves and all
others similarly situated,

07 Civ. 11169 (SAS)

                        Plaintiffs,

**DECLARATION OF
PETER ARCARI**

v.

ECF FILED

411 REST CORP., a New York Corporation, d/b/a TONIC
EAST and TONIC TIME SQUARE, and MARIO ARCARI,
PETER ARCARI, and KENNETH CAUFIELD, individually,

                        Defendants.

————————————————————————————X

      PETER ARCARI declares under penalty of perjury under the laws of the United States

as follows:

      1.      I am a defendant in the above-captioned civil action.

      2.      I hereby request that the Court substitute the law firm of Altman Schochet, LLP

for Blank Rome LLP as my counsel in this civil action.

      3.      I declare that the foregoing is true and correct. Executed on April 4, 2008.

                                           PETER ARCARI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY
FAUL, ROBERT INGWER, ERIN VADALA, and AUBURN
SCALLON, individually and on behalf of themselves and all
others similarly situated,

                  Plaintiffs,

       v.

411 REST CORP., a New York Corporation, d/b/a TONIC
EAST and TONIC TIME SQUARE, and MARIO ARCARI,
PETER ARCARI, and KENNETH CAUFIELD, Individually,

                  Defendants.

————————————————————————X

07 Civ. 11169 (SAS)

DECLARATION OF
KENNETH CAUFIELD

ECF FILED

       KENNETH CAUFIELD declares under penalty of perjury under the laws of the United

States as follows:

       1.    I am a defendant in the above-captioned civil action.

       2.    I hereby request that the Court substitute the law firm of Altman Schochet, LLP

for Blank Rome LLP as my counsel in this civil action.

       3.    I declare that the foregoing is true and correct. Executed on April 4, 2008.

                                KENNETH CAUFIELD