IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSEPH FERRANTE, KATHLEEN DONNATIN, )
BOBBY FAUL, ROBERT INGWER, )
ERIN VADALA and AUBURN SCALLON, )
individually and on behalf of all others similarly )
situated, )
)
)
    Plaintiffs, )
)
vs. )    No:1:07-cv-11169-SAS
)
411 REST CORP., a New York Corporation )
d/b/a TONIC EAST and TONIC TIME )
SQUARE, and MARIO ARCARI, PETER )
ARCARI and KENNETH CAUFIELD, )
individually )
)
    Defendants. )
)

## OPT-OUT [WITHDRAWAL] OF CONSENT TO SUE

    I hereby opt-out and withdraw my consent to join the collective action brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et. seq.

DATE SIGNED: 2/11/08   SIGNATURE: _____

PRINT NAME: Stephanie C. Meyer