IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY FAUL, ROBERT INGWER, ERIN VADALA and AUBURN SCALLON, Individually, and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>411 REST CORP., A New York Corporation d/b/a TONIC EAST and TONIC TIME SQUARE, and MARIO ARCARI, PETER ARCARI and KENNETH CAUFIELD, Individually,<br><br>        Defendants. | Case No. 07 CV 11169 (SAS)<br><br>ECF CASE |

### PLAINTIFF'S NOTICE OF FILING CONSENT(S) TO JOIN PURSUANT TO [29 U.S.C. §§207, 211(c), 216(b)]

NOW COME the Plaintiffs, Joseph Ferrante, Kathleen Donnatin, Bobby Faul, Robert Ingwer, Erin Vadala and Auburn Scallon, individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs") by and through their attorney, Erik H. Langeland, and hereby submit the following Consent(s) to Join pursuant to 29 U.S.C. §216(b), copies of which are attached and identified as follows:

    1.  Olga Averina

|  |  |
|---|---|
|  | Erik H. Langeland, P.C.<br>Attorneys for Plaintiffs |
| DATED: June 30, 2008 | /s/ Erik H. Langeland<br>Erik H. Langeland (EL-7512)<br>500 Fifth Avenue, Suite 1610<br>New York, NY 10110<br>(212) 354-6270<br>elangeland@langelandlaw.com |

OPT-IN CONSENT FORM

*Ferrante, et al v. 411 Rest. Corp., d/b/a Tonic East, et al*

Complete and Return To:
Erik H. Langeland, P.C.
Attn: Tonic East Class Action
500 Fifth Avenue
Suite 1610
New York, NY 10110
(212) 354-6270
(212) 898-9086 (Fax)
elangeland@langelandlaw.com

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I, *Olga Averina*, consent and agree to pursue my claims arising out of unpaid overtime and minimum wages as a *Bartender* (bartender/waitress) for 411 Rest Corp., d/b/a Tonic East in connection with the above-referenced lawsuit.

2. I worked in the position of *Bartender* (bartender/waitress) for 411 Rest Corp., d/b/a Tonic East from on or about *July 07* (month, year) to on or about *august 2007* (month, year).

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4. I hereby designate the law firm of ERIK H. LANGELAND, P.C. and STEPHAN ZOURAS, LLP ("Plaintiffs' Counsel"), to represent me for all purposes of this action.

5. I also designate the Class Representatives as my agents to make decisions on my behalf concerning the method and manner of conducting this litigation including the settlement thereof, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

DATE SIGNED: *June 24, 08*   SIGNATURE: *Olga Averina*
PRINT NAME: *Averina Olga*

**NOTE** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights. (See "Notice of Proposed Class Action Lawsuit" for time deadlines).