IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH FERRANTE, KATHLEEN DONNATIN, BOBBY FAUL, ROBERT INGWER, ERIN VADALA and AUBURN SCALLON, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 CV 11169 (SAS) |
| v. | ) ) ) | ECF CASE |
| 411 REST CORP., A New York Corporation d/b/a TONIC EAST and TONIC TIME SQUARE, and MARIO ARCARI, PETER ARCARI and KENNETH CAUFIELD, Individually, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## OPT-OUT [WITHDRAWAL] OF CONSENT TO SUE

I hereby opt-out and withdraw my consent to join the collective action brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et. seq.

DATE SIGNED: 7/08/08   SIGNATURE: _Declan Carroll_

PRINT NAME: DECLAN CARROLL