IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

| | |
|---|---|
| JOSEPH FERRANTE, et al., | ) |
| Plaintiffs, | ) Case No: 1:07-cv-11169-SAS |
| vs. | ) **ORDER** |
| 411 REST CORP., et al., | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED, on consent of all parties, that the Scheduling Order in this case, entered on March 24, 2008 (Dkt. No. 22), shall be amended as follows:

The date discovery is to be completed shall be adjourned from August 29, 2008 until December 3, 2008.

The Final Pretrial Conference shall be adjourned from September 11, 2008 until December 11, 2008 at 4:30 p.m.

The date for Plaintiffs to supply their pre-trial order materials to defendants shall be adjourned from October 6, 2008 until by January 7, 2009.

The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and proposed jury instructions for a jury trial shall be adjourned from October 20, 2008 until January 21, 2008.

SO ORDERED: *No further adjournments will be granted for any reason including settlement negotiations*

_____
HON. SHIRA A. SCHEINDLINE
UNITED STATES DISTRICT JUDGE

DATED: Aug 14, 2008